IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION
TRUST FUND, NACARCI FEASTER
(in his capacity as Trustee),

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(k)
PLAN, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, INTERNATIONAL
MASONS INSTITUTE FUND, JEFFREY LECKWEE
(in his capacity as Trustee),

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

    Plaintiffs,

v.

EVEREST TITLE INC., and
SCOTT A. KONKOL,

    Defendants.

Case No. 09-cv-628

---

### ENTRY OF DEFAULT
### AS TO DEFENDANT SCOTT A. KONKOL

---

Plaintiffs request that the Clerk of Court enter default against defendant Scott A. Konkol, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Scott A. Konkol is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 11th day of January 2010.

             _____
             PETER OPPENEER
             Clerk of Court