IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION
TRUST FUND, NACARCI FEASTER
(in his capacity as Trustee),

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(k)
PLAN, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, INTERNATIONAL          Case No. 09-cv-628
MASONS INSTITUTE FUND, JEFFREY LECKWEE
(in his capacity as Trustee),

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

        Plaintiffs,

   v.

EVEREST TITLE INC., and
SCOTT A. KONKOL,

        Defendants.

---

ENTRY OF DEFAULT
AS TO DEFENDANT EVEREST TITLE INC.

---

Plaintiffs request that the Clerk of Court enter default against defendant Everest

Title Inc., pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the

record that defendant has failed to appear, plead or otherwise defend, the default of

defendant Everest Title Inc. is hereby entered pursuant to Federal Rule of Civil

Procedure 55(a).

    Dated this _11th_ day of January 2010.

                        Peter Oppeneer
                        PETER OPPENEER
                        Clerk of Court