UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST
FUND, and NACARCI FEASTER (in his capacity as Trustee),

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP
& TRAINING FUND, WISCONSIN MASONS 401(K)
PLAN, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND
and JEFFREY LECKWEE (in his capacity as Trustee),

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

        Plaintiffs,

vs.                                             Case No. 09-cv-628

EVEREST TILE INC., and
SCOTT A. KONKOL,

        Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT EVEREST TILE INC.

---

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the plaintiffs, recover from the defendant Everest Tile Inc. the sum of $323,868.02 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 17th day of February, 2010.

*Peter Oppeneer*
Clerk of Court

_____
Deputy Clerk

Approved as to form this 17th day of February 2010.

*Barbara B Crabb*
U. S. District Court Judge